Atlas Data Privacy Corporation as assignee of individuals who are Covered Persons; Jane Doe-1, a law enforcement officer; Jane Doe-2, a law enforcement officer; Patrick Colligan; Peter Andreyev

v.

Greenflight Venture Corp.,
    Appellant