IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GREENFLIGHT VENTURE CORP., et al. | : | NO. 25-1517 |

ORDER

AND NOW, this 20th day of March, 2025, it is hereby ORDERED that:

(1) for the reasons previously stated in the court's Memorandum dated November 26, 2024 in <u>Atlas Data Privacy Corp. v. We Inform, LLC</u>, Civ. A. No. 24-4037, 2024 WL 4906924 (D.N.J. Nov. 26, 2024), the motion of defendant Greenflight Venture Corp. to dismiss this action under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that Daniel's Law is unconstitutional on its face is DENIED.

(2) the motion of defendant to dismiss on the ground that Daniel's Law is unconstitutional as applied to defendant is DENIED without prejudice. Pursuant to the court's March 4, 2025 Order (Doc. #4), this action is stayed as to all motions except a motion to dismiss on the ground that Daniel's Law is unconstitutional on its face.

(3) pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that paragraph (1) of this Order involves a controlling question of law as to which there is a substantial

ground for difference of opinion and that an immediate appeal from the Order may materially advance the ultimate termination of the litigation.

BY THE COURT:

/s/  Harvey Bartle III
                                               J.