UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. Nos. 25-1555 through -1578, 25-1580 through -1593, 25-1676, 25-1677

ATLAS DATA PRIVACY CORP, ET AL

v.

WE INFORM, LLC, ET AL
Appellants

(D.N.J. Nos. 1:24-cv-04037, et al.)

Present: BIBAS, FREEMAN, and CHUNG, *Circuit Judges*

Submitted are

(1) Motion filed by Appellants Thomson Reuters Canada Ltd, Thomson Reuters Corp, Thomson Reuters Enterprise Centre GmbH and West Publishing Corp to stay District Court proceedings pending resolution of appeal, and

(2) Response filed by Appellees Peter Andreyev, Atlas Data Privacy Corp, Patrick Colligan, Jane Doe 1, Jane Doe 2, Justyna Maloney, Scott Maloney and William Sullivan.

in the above-captioned case.

Respectfully,

Clerk

ORDER

The foregoing motion is denied.

By the Court,

s/Stephanos Bibas
Circuit Judge

Dated: September 18, 2026
Lmr/cc: All Counsel of Record